UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN VINCENT FORD<br>        Plaintiff,<br>   v.<br>AUDREY KING,<br>        Defendant. | Case No. 17-cv-02746 NC (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a California state inmate at California State Prison located in Represa, California, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against Audrey King, the director of Coalinga State Hospital located in Fresno, California.[1] Both Fresno and Represa are located in the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore is proper in the Eastern District of California, and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Eastern District of

---

[1] Plaintiff has consented to magistrate judge jurisdiction. Dkt. No. 4.

Case No. 17-cv-02746 NC (PR)
ORDER OF TRANSFER

California. The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

DATED: July 17, 2017

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 17-cv-02746 NC (PR)
ORDER OF TRANSFER